**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN A. MENDEZ,<br><br>                    Petitioner,<br><br>          v.<br><br>PEOPLE OF THE STATE OF<br>CALIFORNIA,<br><br>                    Respondent. | ) Case No. CV 16-8253-JPR<br>)<br>)<br>)          **J U D G M E N T**<br>)<br>)<br>)<br>)<br>)<br>) |

     Pursuant to the Memorandum Opinion and Order Granting Respondent's Motion to Dismiss and Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

     IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: February 21, 2017          _Jean Rosenbluth_____

                                  JEAN ROSENBLUTH
                                  U.S. MAGISTRATE JUDGE